Quentes Wells #345021
Allendale Corr. Inst.
F2 A-3
P.O. Box 1151
Fairfax, S.C. 29827

CSC CLERK. FLERENCE SC
2014 JUN 26   AM 10: 10

RECEIVED
JUN 23 2014
MAILROG.
ACI

RECEIVED, CLERKS OFFICE
2014 JUN 24  AM 11 48
US DISTRICT CT COLA, SC

Clerk U.S. District Court
District of South Carolina
901 Richland Street
Columbia, South Carolina 29201

6-24-14

RECEIVED
BY USCMS



$01.40
MAILED FROM ZIP CODE 29821

QUALITY PARK
9-1/2 x 12-1/2



"THE DEPARTMENT OF CORRECTIONS
THEREFORE RESPONSIBLE THE CONSTITUTION,
NOT INSPECTED THE S.C. CORRECTIONS,
ASSUME RESPONSIBLE THE S.C.
ALLENDALE CORRECTIONAL INSTITUTION,
S.C. DEPARTMENT OF CORRECTIONS."

QUALITY PARK
9-1/2 x 12-1/2