AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

District of **SC**

Quentcs Wells #245021 )
)
Plaintiff )
)
ofc Christopher Broad )  Civil Action No. **4:14-cv-2572-JFA-TER**
ofc Mr. Kelly )
Lt. Ms. Salmond )
Sgt. Mr. Baker )
)
Defendant )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Christopher Broad, ofc Mr. Kelly, Lt. Ms Salmond, Sgt. Mr. Baker, Kershaw Correctional Inst. 4848 Goldmine Hwy, Kershaw SC 29067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mr. Quentcs, Wells, #245021 F2 A-3 Cell Barnwell Unit Allendale Corr Inst. 1047 Revolutionary Trail, P.O. Box 1151 Fairfax SC 29827

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

Date: 7/8/2014



s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*