**U.S. Department of Justice**
United States Marshals Service



RECEIVED

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

2014 JUL 14 PM 12:2[?]

UNITED STATES MARSHAL
COLUMBIA SC

| PLAINTIFF Quentes Wells | COURT CASE NUMBER 4:14-cv-2572-JFA-TER |
|---|---|
| DEFENDANT Lt. Ms. Salmond | TYPE OF PROCESS Summons/Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Lt Ms. Salmond
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4848 Goldmine Hwy Kershaw SC 29067

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Quentes Wells #245021
Allendale Corr Insti.
PO Box 1151
Fairfax, SC 29827

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 843-674-3820
DATE: 7/8/2014

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 71 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk | Date 7/18/14 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Cpn Kellett

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date 7/30/14    Time 1015  ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee 65.00 | Total Mileage Charges including endeavors 56 | Forwarding Fee | Total Charges 65.56 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

I Declare Under Penalty Of Perjury That The Foregoing Is True And Correct

REMARKS:
1 fn at $65
20 miles at .56 = 11.20 ÷ 20 cases = .56

Brenda [signature]

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80